UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE HERRERA, | § | No.: 4:14-cv-00050 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| GC SERVICES, LP, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## AMENDED NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, JOSE HERRERA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: February 17, 2014        Respectfully Submitted,

                                By:/s/ Ryan Lee
                                 Ryan Lee
                                Attorneys for Plaintiff
                                Krohn & Moss, Ltd.
                                10474 Santa Monica Blvd. Suite 405
                                Los Angeles, CA 90025
                                Tel: 323-988-2400 x241
                                Fax: (866) 861-1390
                                rlee@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2014, I electronically filed the foregoing Amended Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Ryan Lee  
Ryan Lee  
Attorney for Plaintiff
