IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jose Herrera, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-50 |
| | § | |
| GC Services, LP, | § | |
|     Defendant. | § | |

### ORDER

On February 17, 2014, Plaintiff Jose Herrera filed an Amended Notice of Settlement (docket entry no 6). All court settings are **CANCELLED**. It is hereby **ORDERED** that closing papers be submitted no later than April 18, 2014, or the Court will dismiss this action.

**SIGNED** at Houston, Texas, this 18th of February, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE