UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE HERRERA, | § | No.: 4:14-cv-00050 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| GC SERVICES, LP, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF VOLUNTARY DISMISSAL

JOSE HERRERA (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP., (Defendant), in this case.

Dated: March 5, 2014        Respectfully Submitted,

By:/s/ Ryan Lee
 Ryan Lee
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: (866) 861-1390
rlee@consumerlawcenter.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on March 5, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                      s/ Ryan Lee
                                      Ryan Lee
                                      Attorney for Plaintiff