IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Jose Herrera,<br>　　　　Plaintiff, | §<br>§<br>§　CIVIL ACTION NO. H-14-50 |
| v. | §<br>§ |
| GC Services, LP,<br>　　　　Defendant. | §<br>§<br>§ |

## ORDER

In accordance with the Notice of Voluntary Dismissal filed on March 5, 2014 (docket entry no. 8), this action is dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 6th day of March, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE